# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RICHARD A. CERRONE,

    Plaintiff(s),

v.

MICHAEL J. ASTRUE,

    Defendant(s).

2:12-CV-1362 JCM (CWH)

## ORDER

Presently before the court is the report and recommendation of magistrate judge Hoffman. (Doc. # 2). No objections have been filed.

Judge Hoffman recommends the denial of plaintiff's application to proceed in forma pauperis because plaintiff's monthly income exceeds his identified monthly expenses. Upon review of the magistrate judge's recommendation and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the report and recommendation of magistrate judge Hoffman (doc. # 2) regarding the denial of plaintiff's application to proceed in forma pauperis be, and the same hereby is, AFFIRMED in its entirety.

DATED October 24, 2012.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**